IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES R. REECE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-cv-0361 |
| L. RAY WHITLEY et al., | ) ) Senior Judge Nixon ) |
| Defendants. | ) |

## ORDER

Plaintiff James R. Reece, proceeding *pro se,* has filed an action under 42 U.S.C. § 1983 against 25 defendants, many of whom he has sued before, all of whom were involved in some way in Plaintiff's state criminal proceedings. After this Court's initial review, the matter was referred to Magistrate Judge Barbara D. Holmes for management of the case, decisions on all pretrial, non-dispositive motions, and entry of recommendations as to the disposition of any dispositive motions, pursuant to 28 U.S.C. § 626(b)(1)(A) and (b) and Rule 72 of the Federal Rules of Civil Procedure.

Presently before the Court are Plaintiff's objections to the magistrate judge's report (ECF No. 93) recommending that Plaintiff's motions to abate (ECF No 78) and for declaratory judgment (ECF No. 79) be denied, that the Defendants' motions to dismiss (ECF No.s 35, 39, 44, 48, 51, 59, 61 and 63) be granted and that this action be dismissed in its entirety.

Having reviewed the Plaintiff's objections (ECF 96), the Defendants' Responses to Plaintiff's Objections (ECF Nos. 97-100), the pleadings and files in this action, and having conducted a *de novo* review of those portion of the magistrate judge's report and

recommendation to which Plaintiff has objected, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, the Court finds that Plaintiff's objections are without merit.

Further, the Court finds the report and recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, plaintiff's motions to abate and for declaratory judgment (ECF Nos. 78-79) are **DENIED** and Defendants' motions to dismiss (ECF Nos. 35, 39, 44, 48, 51, 59, 61 and 63) are **GRANTED**. All claims against all defendants are **DISMISSSED with prejudice** and judgment shall be entered against Plaintiff.

It is so **ORDERED**.

_____
JOHN T. NIXON
SENIOR UNITED STATES DISTRICT COURT